Gregory E. Stone, Esq., S.B. #144057
gstone@stonedeanlaw.com
STONE | DEAN LLP
21600 Oxnard Street, Upper Lobby – Suite 200
Woodland Hills, California  91367
Tel:   (818) 999-2232
Fax:  (818) 999-2269

Attorneys for Defendants,
I LOVE MY LANDLORD, LLC, a California limited liability company;
Studio Pokebar, Inc., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>     v.<br><br>I LOVE MY LANDLORD, LLC, a California Limited Liability Company; STUDIO POKEBAR, INC., a California Corporation; and Does 1-10<br><br>          Defendants. | Case No.: 2:17-cv-5737-FMO AS<br><br>*[Complaint filed:  8/3/2017]*<br><br>*[Assigned for all Purposes to the Honorable The Hon. Fernando M. Olguin, Ctrm. 6D]*<br><br>**DECLARATION OF GREGORY E. STONE RE:  PLAINTIFF'S ATTORNEYS' NON-COMPLIANCE [Filed Concurrently with Joint Report (Rule 26) for Scheduling Conference]**<br><br>Date:    November 30, 2017<br>Time:    10:00 a.m.<br>Crtrm:  6D |

I, GREGORY E. STONE, declare as follows:

     1.    I am an attorney duly licensed to practice in all courts of the State of California.  I am a partner at Stone | Dean, counsel of record for Defendants herein, I Love My Landlord, LLC and Studio PokeBar, Inc. ("Defendants").  The facts stated herein are true and correct to the best of my knowledge, and if called as a witness I could and would competently testify thereto.

1

837793.docx

STONE | DEAN LLP
21600 OXNARD STREET, UPPER LOBBY – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

2.     I personally met with plaintiff's attorney, Ray Ballister Jr., on October 19, 2017.  We discussed the Joint Report and Mr. Ballister told me to insert whatever I desired and he would incorporate it unedited.

3.     I have repeatedly tried to contact Mr. Ballister but he has not responded nor has he participated in the drafting of the report. Instead Mr. Dennis Price, who I have never met, noted in an email dated November 7, 2017, that he unilaterally edited defendant's contentions and would not sign the report unless we agreed to his edits to defendants' contentions. Attached as Exhibit "A" to this declaration is a true and correct copy of Mr. Price's email of November 7, 2017.

4.     After I noted my objection to the edits, Mr. Price in an email noted "he presumed" Mr. Ballister would not agree to the content but obviously he never communicated with Mr. Ballister, the lead attorney, who met with me in person.  Attached as Exhibit "B" to this declaration is a true and correct copy of the emails exchanged between Mr. Price and me reflecting the foregoing.

5.     When I first became aware of the lawsuit, I contacted plaintiff's counsel Phyl Grace.  On September 22, 2017,  I asked her to confirm the date of service and provide me with everything that was served upon my clients. She agreed to get back to me. This was confirmed in an email on the same date.  See Exhibit "C" to this declaration, a true and correct copy of the email exchange of September 22, 2017.

6.     There was no confusion who I represented as we discussed it and it was actually in the subject line. However, instead of providing anything as promised, four days later Ms. Grace signed a declaration moving for a default judgement.  See Exhibit "D" to this declaration, a true and correct copy of the "Declaration of Grace re Request for Entry of Default."

2

**DECLARATION OF GREGORY E. STONE**
**[Filed Concurrently with Joint Report (Rule 26) for Scheduling Conference]**

837793.docx

7.      Having not heard back from her in short order, my clients incurred fees to prepare a motion to set aside the default which was not filed but defendants should nonetheless be reimbursed for same.

8.      Plaintiff's attorney ultimately agreed to set aside the default after I threatened the motion and potential sanctions for what I deemed unethical conduct; specifically, moving for a default against a represented party who inquired about date of service.

9.      As of the date of this declaration, I have inquired repeatedly with plaintiff's attorneys to resolve this Joint Report issue but my inquiries have been met with silence despite the fact there are four lawyers involved in this case for plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 9th day of November, 2017, in Woodland Hills, California.

Gregory E. Stone, Declarant

STONE | DEAN LLP
21600 OXNARD STREET, UPPER LOBBY – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

3

**DECLARATION OF GREGORY E. STONE**
**[Filed Concurrently with Joint Report (Rule 26) for Scheduling Conference]**

837793.docx

**EXHIBIT "A"**

**Greg Stone**

| | |
|---|---|
| **From:** | Dennis Price <dennisp@potterhandy.com> |
| **Sent:** | Tuesday, November 07, 2017 7:35 PM |
| **To:** | Greg Stone |
| **Cc:** | Phyl Grace; Sapna Shetty; Ray Ballister |
| **Subject:** | Langer v. I Love My Landlord LLC |
| **Attachments:** | v3_DRAFT of Joint Report of Counsel.doc |

Mr. Stone,

I have reviewed your changes, and with the exception of two portions in the statement of the case, I have no issues with your additions, despite them being unnecessarily inflammatory. Your statements disclosing settlement communications are not appropriate in a filed document as settlement discussions are privileged and well outside the scope of the document that is being requested.

Provided these changes are acceptable, plaintiff is fine with the document and I'll have it filed once I have your approval. If any changes are required, please make sure to "Reply All" so it is sent to my and my assistant's attention. If Ms. Grace needs to forward it to me it will add delays to it.

Dennis Price
Attorney
DennisP@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
Mailing Address:
P.O. Box 262490
San Diego, CA 92196-2490
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any

**EXHIBIT "B"**

**Greg Stone**

| | |
|---|---|
| **From:** | Dennis Price <dennisp@potterhandy.com> |
| **Sent:** | Tuesday, November 07, 2017 9:42 PM |
| **To:** | Greg Stone |
| **Cc:** | Phyl Grace; Sapna Shetty; Ray Ballister |
| **Subject:** | RE: Langer v. I Love My Landlord LLC |

I presume Mr. Ballister didn't expect you'd include privileged communications. It's inappropriate and I certainly and not going to jointly sign its inclusion.

Dennis Price
Attorney
DennisP@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
Mailing Address:
P.O. Box 262490
San Diego, CA 92196-2490
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not the intended recipient, any unauthorized review, use, disclosure, dissemination, distribution, or copying of the communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. **Tax Opinion Disclaimer:** To comply with IRS regulations, we advise that any discussion of Federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Greg Stone [mailto:gstone@stonedeanlaw.com]
**Sent:** Tuesday, November 7, 2017 9:40 PM
**To:** Dennis Price <dennisp@potterhandy.com>
**Cc:** Phyl Grace <phylg@potterhandy.com>; Sapna Shetty <sapnas@potterhandy.com>; Ray Ballister <rayballister@potterhandy.com>
**Subject:** Re: Langer v. I Love My Landlord LLC

Thx, but it's not up to you to decide the content or delete my content . In fact mr balliater made it clear he would not delete anything  it was not a settlement discussion it was a threat. That is my contention.

Sent from my iPhone

On Nov 7, 2017, at 7:35 PM, Dennis Price <dennisp@potterhandy.com> wrote:

> Mr. Stone,
>
> I have reviewed your changes, and with the exception of two portions in the statement of the case, I have no issues with your additions, despite them being unnecessarily inflammatory. Your statements disclosing settlement communications are not appropriate in a filed document as settlement discussions are privileged and well outside the scope of the document that is being requested.

**EXHIBIT "C"**

**Greg Stone**

---

| | |
|---|---|
| **From:** | Phyl Grace <phylg@potterhandy.com> |
| **Sent:** | Friday, September 22, 2017 11:59 AM |
| **To:** | Greg Stone |
| **Subject:** | Langer v. I Love My Landlord |

As we discussed, the demand and settlement discussions occurred via telephone. Additionally, my impression of our discussion is that you were looking for attachments that would be part of the Complaint.  My staff will forward the Complaint and the attachments for your review shortly, if they haven't already.

Thank you.

Very truly yours,

Phyl Grace
Attorney
PhylG@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
P.O. Box 262490
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication, destroy all copies of the message. To contact us directly, send to info@potterhandy.com Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any

**From:** Greg Stone [mailto:gstone@stonedeanlaw.com]
**Sent:** Friday, September 22, 2017 10:37 AM
**To:** Leonardo Pahuriray ; Phyl Grace
**Subject:** RE: my info -studio pokebar

Nice speaking to you. Please send me your original demand letter with the attachment etc and anything else related

Gregory E. Stone
Partner
**STONE | DEAN LLP**
21600 Oxnard Street,Upper Lobby,Suite 200
Woodland Hills, California 91367
Telephone: 818 999 2232

1

**EXHIBIT "D"**

1   CENTER FOR DISABILITY ACCESS
    Ray Ballister, Jr., Esq., SBN 111282
2   Mark Potter, Esq., SBN 166317
    Phyl Grace, Esq., SBN 171771
3   Dennis Price, SBN 279082
    Mail: PO Box 262490
4   San Diego, CA 92196-2490
    Delivery: 9845 Erma Road, Suite 300
5   San Diego, CA 92131
    (858) 375-7385; (888) 422-5191 fax
6   PhylG@potterhandy.com

7   Attorneys for Plaintiff

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11  **Chris Langer,**                    | Case No. **2:17-cv-05737-FMO-AS**

12          Plaintiff,                   | **Declaration of Grace Re Request for Entry of Default (As to Studio Pokebar, Inc., a California Corporation only)**

13  v.

14  **I Love My Landlord, LLC,** a California Limited Liability
15  Company; **Studio Pokebar, Inc.,** a California Corporation;
16  and Does 1-10,

17          Defendants.

18

19

20

21      **1.** I, the undersigned, am an attorney licensed to practice law by the

22  State Bar of California and admitted to the Central District of California. I am

23  one of the attorneys of record for the Plaintiff CHRIS LANGER ("Plaintiff")

24  and, in that capacity; I am familiar with this matter.

25      **2.** We have received no answer or other responsive pleading to the

26  Complaint that was served on the STUDIO POKEBAR, INC., A CALIFORNIA

27  CORPORATION ("Defendant") on September 5, 2017.

28      I declare under penalty of perjury under the laws of the State of

                                    1

Declaration of Phyl Grace

1  California that the foregoing is true and correct.

2

3  Dated: September 26, 2017                CENTER FOR DISABILITY ACCESS

4

5                          By: /s/ Phyl Grace
6                              Phyl Grace
                           Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Declaration of Phyl Grace