CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys For Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Chris Langer,**<br><br>    Plaintiff,<br><br>v.<br><br>**I Love My Landlord, LLC**, a California Limited Liability Company;<br>**Studio Pokebar, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:17-cv-05737-FMO-AS<br><br>**Objection to Documents #19 and #20 and Motion to Strike or Seal Documents**<br><br>Date:    November 30, 2017<br>Time:   10:00 a.m.<br>Crtrm:  6D<br><br>Honorable Judge Fernando M. Olguin |

    Plaintiff objects and moves to strike or seal the documents filed by Defendants (Docket 19 & 20) in this matter as they disclose protected substantive settlement communications.

    Public disclosure of settlement communications violates the spirit of FRE 408 as well as the local rules of this court favoring confidentiality of

1  attempts at dispute resolution. Allowing a party's attempts to negotiate in
2  good faith to become public record creates a disincentive to resolve litigation.
3        The parties attempted to confer on this matter in advance of the
4  document filing due date of November 16, 2017. However, it appears that
5  Defendant has decided that the time to confer has ended and filed the
6  document unilaterally containing the offending contents.
7        Plaintiff has separately filed his unilateral report without
8  Defendant's offending portions as well as a declaration regarding this matter.

Dated: November 9, 2017                     CENTER FOR DISABILITY ACCESS

                                        By:  /s/ Dennis Price
                                        _____
                                        Dennis Price, Esq.
                                        Attorneys for Plaintiff