UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-5737 FMO (ASx) | Date | December 11, 2017 |
|---|---|---|---|
| Title | Chris Langer v. I Love My Landlord, LLC et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Shea Bourgeois | XTR 12/11/17 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| Dennis Jay Price, II | Gregory E. Stone |

**Proceedings:** **TELEPHONE CONFERENCE RE EX PARTE APPLICATION FOR PROTECTIVE ORDER**

    A telephonic hearing was held on Plaintiff's Ex Parte Application for a protective order limiting the attendees at Plaintiff's deposition, scheduled for December 12, 2017, to the parties and their attorneys. After hearing from the parties, the Court GRANTS the proposed protective order with the following modification. Defendants may have an expert witness in attendance at the deposition.

    IT IS SO ORDERED.

|  | 0 | : | 07 |
|---|---|---|---|
|  | Initials of Preparer | | SB |